**Order filed September 3, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01002-CV
_____

## VIRGINIA A. KINNEY, Appellant

## V.

## CB&I, LLC, Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2017-65953**

---

## ORDER

Appellee petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 20-30336. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on January 29, 2020, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On August 28, 2020, appellant filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

Appellant's brief is due to be filed with the clerk of this court on or before October 5, 2020.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.